JAMES T. CONLEY, SBN: 224174
jconley@grsm.com
DIANE N. HOLLAND, SBN: 332992
dgerstenfeld@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, California 95825
Telephone:     (916) 565-2900
Facsimile:     (916) 920-4402

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

JIHAD M SMAILI SBN: 262219
STEPHEN D. COUNTS SBN 231348
SMAILI & ASSOCIATES, PC
2114 North Broadway, Suite 200
Santa Ana, California 92706
Tel: 714-547-4700
Fax: 714-547-4710
Jihad@smaililaw.com
Stephen@smaililaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES INC., a corporate entity form unknown, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 1:25-cv-01173-KES-CDB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT LIMITED DISCOVERY AHEAD OF VDRP**<br><br>**(Doc. 20)**<br><br>Action Filed:    June 5, 2025<br>Removal Filed:   September 11, 2026 |

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA  95825

- 1 -

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825

Plaintiff DOLORES HERNANDEZ ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant" or "Walmart") (collectively "the Parties"), by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, on June 5, 2025, Plaintiff filed said action in Kern County Superior Court of California Case No.: BCV-25-102092.

WHEREAS, on September 11, 2025, Defendant WAL-MART ASSOCIATES, INC. removed said action to the United States District Court Eastern District of California.

WHEREAS, on January 26, 2026, following the Scheduling Conference, the Court ordered the Parties to the Court's Virtual Dispute Resolution Program ("VDRP") and stayed the proceedings pending the conclusion of VDRP or upon further order from the Court. [Dkt. No. 16.]

WHEREAS, the Parties have agreed to a limited scope of discovery ahead of VDRP to make the proceeding more productive and effective.

THEREFORE, subject to the Court's approval, the Parties hereby agree and stipulate to the following discovery plan ahead of VDRP:

1. Each party may propound up to five (5) document requests and five (5) interrogatories prior to VDRP.

2. During the stay of proceedings, the Parties also agreed upon and the Court entered a stipulated Protective Order to facilitate the production of Confidential documents. [Dkt. No. 19.]

**IT IS SO STIPULATED.**

Dated: February 17, 2026          GORDON REES SCULLY MANSUKHANI, LLP


By: */s/ Diane N. Holland*
    James T. Conley
    Diane N. Holland

    Attorneys for Defendant
    WAL-MART ASSOCIATES, INC.

JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT LIMITED DISCOVERY AHEAD OF VDRP

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA  95825

Dated: February 17, 2026                    SMAILI & ASSOCIATES, PC


By: */s/ Stephen D. Counts*
    Jihad M. Smaili
    Stephen D. Counts

Attorneys for Plaintiffs
DOLORES HERNANDEZ

## ATTESTATION

Pursuant to Local Rule 131(e), concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

DATED: February 17, 2026


By: */s/ Diane N. Holland*
    James T. Conley
    Diane N. Holland

Attorneys for Defendants
WAL-MART ASSOCIATES, INC.

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT LIMITED DISCOVERY AHEAD OF VDRP

# [PROPOSED] ORDER

The Court having read and considered the Parties Joint Stipulation to Conduct Limited Discovery Ahead of VDRP (Doc. 20), and good cause appearing:

**IT IS HEREBY ORDERED** that the Parties shall be limited to propound up to five (5) document requests and five (5) interrogatories each ahead of VDRP.

DATED:  February 18, 2026

_____
The Honorable Christopher D. Baker
United States Magistrate Judge

GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA  95825

- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT LIMITED DISCOVERY AHEAD OF VDRP